AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DAVID MICHAEL JONKER,

                Plaintiff,

                JUDGMENT IN A CIVIL CASE

                v.

STATE OF WASHINGTON, DEPARTMENT OF
CORRECTIONS, BENTON COUNTY PROSECUTORY
TERRY J. BLOOR, GEORGE MARLTON and
JAMES E. EGAN,

CASE NUMBER: CV-12-5043-CI

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  The complaint is DISMISSED in part as frivolous and for failure to state a claim upon which relief may be granted, and in part without prejudice to pursuing appropriate state court remedies regarding his conviction and sentence.

| | |
|---|---|
| January 24, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |